UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

2009 AUG 27 A 9: 42

| | |
|---|---|
| SCRUGGS FARM NURSERY;<br>WANAMAKER NURSERY, INC.;<br>AND TIMOTHY WANAMAKER;<br><br>Plaintiffs,<br><br>v.<br><br>FARMERS CROP INSURANCE<br>ALLIANCE, INC.;<br>GREAT AMERICAN INSURANCE<br>COMPANY; FEDERAL CROP<br>INSURANCE CORPORATION; RISK<br>MANAGEMENT AGENCY; AND<br>UNITED STATES DEPARTMENT OF<br>AGRICULTURE,<br><br>Defendants. | Case No. 4:09-CV-79<br><br>Mattice / Lee<br><br>STIPULATED INITIAL EXTENSION<br>OF TIME TO RESPOND TO<br>COMPLAINT FOR DEFENDANTS<br>FARMERS CROP INSURANCE<br>ALLIANCE, INC. AND GREAT<br>AMERICAN INSURANCE COMPANY |

Pursuant to and in accord with LR 12.1(a), Plaintiffs and Defendants Farmers Crop Insurance Alliance, Inc. and Great American Insurance Company hereby agree that Defendant Farmers Crop Insurance Alliance, Inc. and Defendant Great American Insurance Company, having both been served with a summons and complaint on or after August 10, 2009, shall both be entitled to a 20-day initial extension of time in which to respond. The parties stipulate that Defendants Farmers Crop Insurance Alliance, Inc. and Great American Insurance Company may respond to the complaint on or before Monday, September 21, 2009.

Dated: August 26, 2009

Respectfully submitted,

_M. Bradford Sanders_ /t.f w/express permission
M. Bradford Sanders, Ohio Bar No. 0039723
Pro Hac Vice application pending
SANDERS & ASSOCIATES, L.P.A.
5240 Socialville-Foster Road
Mason, Ohio 45040
Phone: (513) 229-8080/Fax: (513) 229-8081
bsanders@sandersassociates.net
Attorneys for Defendants Farmers Crop Insurance
Alliance, Inc. and Great American Insurance
Company

_Stephen E. Neal_ /t.f w/express permission
Stephen E. Neal, Esq.
WHITE PECK CARRINGTON, LLP
Post Office Box 950
Mt. Sterling, Kentucky 40353
Phone: (859) 498-2872/Fax: (859) 498-2877
sneal@whitepeckcarrington.com
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served the foregoing by first class mail upon Stephen Neal, WHITE PECK CARRINGTON, LLP, Post Office Box 950, Mt. Sterling, Kentucky 40353, on this 26th day of August, 2009.